IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

RUTH ANN ROBINSON, NIKIA MCCASKILL,
MARTHA PATE, MATTHEW ELLIS,
ROBERT COCKRAN, KATHERINE WILLIAMS,
NADINE GRANDERSON, and EDDIE HOLT

PLAINTIFFS

v.  CIVIL ACTION NO.: 4:12-cv-96-SA-JMV

DIRECT GENERAL INSURANCE COMPANY
OF MISSISSIPPI, DIRECT GENERAL INSURANCE
AGENCY, INC., DIRECT GENERAL CORPORATION,
DIRECT GENERAL INSURANCE COMPANY, and
NATION MOTOR CLUB (a/k/a NATION SAFE DRIVERS, LLC)  DEFENDANTS

ORDER GRANTING MOTION TO REMAND

For the reasons set forth in a Memorandum Opinion entered this day, Plaintiff's Motion to Remand [13] is granted. This case is hereby remanded to the Circuit Court of Leflore County, Mississippi.

SO ORDERED, this the 27th day of September, 2013.

/s/ Sharion Aycock
U.S. DISTRICT JUDGE